UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GIBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. CASTELLANOS, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00794 ADA GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 32).<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT DUE **DECEMBER 7, 2023** |

　　　　Defendant Castellanos has filed a motion for a forty-five-day extension of time to file a response to Plaintiff's Second Amended Complaint. ECF No. 32. In support of it, counsel for Defendant avers that new case assignments, coupled with upcoming filing deadlines in other matters warrants a grant of the motion. Id. at 3-4. Counsel also states that documents to assist with preparing Defendant's responsive pleading were received on October 17, 2023. Id. at 3.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion for an extension of time to file a responsive pleading to Plaintiff's Second Amended Complaint (ECF No. 32) is GRANTED, and

////

////

////

2. Defendant's response to Plaintiff's Second Amended Complaint is due **December 7, 2023**.

IT IS SO ORDERED.

Dated: **October 23, 2023**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE