1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD GIBSON,                         No.  1:21-cv-00794 KES GSA (PC)

12                   Plaintiff,               ORDER DIRECTING PLAINTIFF TO SHOW
                                              CAUSE WHY DEFENDANTS' MOTION TO
13          v.                                COMPEL SHOULD NOT BE GRANTED

14   E. CASTELLANOS, et al.,                  (ECF No. 46)

15                   Defendants.              PLAINTIFF'S SHOWING OF CAUSE OR, IN
                                              THE ALTERNATIVE, HIS RESPONSE TO
16                                            DEFENDANTS' MOTION TO COMPEL DUE
                                              **JUNE 13, 2024**
17

18
           On April 12, 2024, Defendants filed a motion to compel Plaintiff's responses to their
19
     requests for admissions and requests for production of documents.  ECF No. 46.  Consistent with
20
     Local Rule 230, Plaintiff had twenty-one days to file a response to Defendants' motion.  See
21
     Local Rule 230(l) (giving parties in prisoner actions twenty-one days to file responses to
22
     motions).
23
           More than twenty-one days have passed and Plaintiff has not yet filed a response to
24
     Defendants' motion.  The Court also recognizes that because the period within which Defendants
25
     were to be able to file a reply to Plaintiff's response has also closed, the Court is to deem
26
     Defendants' motion to compel submitted.  See Local Rule 230(l).  Prior to reviewing Defendants'
27
     motion, and out of an abundance of caution, Plaintiff will first be given the opportunity to show
28

                                            1

cause why Defendants' motion should not be granted.  In the alternative, Plaintiff may simply file a response to Defendants' motion to compel.  Plaintiff will be given thirty days to do one of these two options.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is ordered to SHOW CAUSE why Defendants' motion to compel (ECF No. 46) should not be granted; or

2.  In lieu of filing a showing of cause, Plaintiff may file appropriate responses to Defendants' motion to compel, and

3.  Within thirty days from the date of this order – **by June 13, 2024**, – Plaintiff shall either file the showing of cause or file a response to Defendants' motion to compel.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **May 14, 2024**                    **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2