UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GIBSON, | No. 1:21-cv-00794 KES GSA (PC) |
| Plaintiff, | ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER |
| v. | (ECF No. 37) |
| E. CASTELLANOS, et al., | DISPOSITIVE MOTION DEADLINE ON EXHAUSTION ISSUE EXTENDED TO **AUGUST 19, 2024** |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The matter is at the dispositive motion stage with respect to the question of exhaustion.

For the reasons stated below the Court will modify the discovery and scheduling order solely to extend the exhaustion motion filing deadline.  The parties will be given thirty days to file any related motions.

I.  BACKGROUND

On April 12, 2024, Defendant filed a motion requesting the Court to vacate the dates in its scheduling order along with a motion to compel.  See ECF No. 37 (scheduling order); ECF No. 46 (motion to compel); ECF No. 47 (motion to vacate).  In support of the motion to vacate,

1

1 counsel for Defendant stated that at that time Plaintiff had failed to respond to written discovery
2 requests and that this had prevented Defendant from continuing to litigate this matter and comply
3 with the case schedule.  See ECF No. 47 at 6-7 (Decl. of E. Medina, counsel for Defendant).  At
4 that time, counsel also noted that although Defendant was entitled to obtain and use discovery
5 responses from Plaintiff, a timely motion for summary judgment on the issue of exhaustion would
6 not be able to be prepared by the April 19, 2024, deadline.  ECF No. 47 at 6.
7      On April 30, 2024, the Court granted Defendant's motion nunc pro tunc.  ECF No. 49 at
8 2.  As a result, all dates in the discovery and scheduling order were vacated pending the resolution
9 of Defendant's motion to compel.  Id.
10      Ultimately, on June 6, 2024, Defendant filed a notice requesting that his motion to compel
11 be withdrawn.  ECF No. 52.  The motion stated that Defendant had since received supplemental
12 discovery responses from Plaintiff.  Id. at 1.
13      II.    DISCUSSION
14      Given that:  (1) it appears that Defendant intends to file a dispositive motion related to
15 whether Plaintiff properly exhausted his administrative remedies  (see ECF No. 49 at 1)
16 (Defendant stating intent to file summary judgment motion on issue of exhaustion); (2)
17 Defendant's motion to vacate the dates set in the January 8, 2024, scheduling order was based on
18 his belief that he would be unable to prepare the exhaustion-based motion for summary judgment
19 by the April 19, 2024, deadline because Plaintiff had not produced sufficient discovery responses
20 (see id. at 1-2); (3) when granting Defendant's motion to vacate the dates set in the Court's
21 scheduling January 8, 2024 order, the Court stated that it would set new discovery deadlines once
22 Defendant's motion to compel had been addressed (ECF No. 49 at 2), and (4) Defendant has
23 recently stated that his motion to compel has been addressed because he has received
24 supplemental responses from Plaintiff (ECF No. 52 at 1) (Defendant's notice of request to
25 withdraw motion to compel), the Court finds that the resetting of discovery scheduling dates is
26 appropriate.
27      Further, because any exhaustion-based summary judgment motion which Defendant may
28 file has the potential to dispose of this matter in its entirety the Court at this time will only set a

deadline date for that motion.

Defendant shall be given thirty days to file the exhaustion-based motion for summary judgment. However, in the event Defendant determines not to file a summary judgment motion at this time, he shall inform the Court immediately so that new discovery and dispositive motion deadline dates can be set.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court herein MODIFIES the discovery and scheduling order (ECF No. 37);

2. Defendant's exhaustion-based motion for summary judgment, if any, shall be filed by **August 19, 2024**, and

3. Should Defendant not wish to file an exhaustion-based motion for summary judgment, he is to INFORM THE COURT immediately so that new discovery and dispositive motion deadline dates can be calendared.

IT IS SO ORDERED.

Dated: **July 19, 2024**          /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE