UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GIBSON,<br><br>              Plaintiff,<br><br>     v.<br><br>E. CASTELLANOS,<br><br>              Defendants. | No.  1:21-cv-00794 KES GSA (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 60) |

On April 9, 2025, the Court issued findings and recommendations in this matter.  ECF No. 60.  Although the reasoning in the order is sound and its end result is correct, for various administrative reasons, the Court will vacate the order and issue a new one which includes additional analysis.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations order issued April 9, 2025 (ECF No. 60), is hereby VACATED.

IT IS SO ORDERED.

Dated:   **April 10, 2025**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1

2